JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 369 -- IN RE DATA GENERAL CORPORATION ANTITRUST LITIGATION

| Date | Ref. | Pleading Description |
|---|---|---|
| 11/13/78 | 1 | MOTION, BRIEF, SCHEDULE OF CASES AND CERT. OF SVC. -- Data General Corp. SUGGESTED TRANSFEREE DISTRICT: District of Massachusetts SUGGESTED TRANSFEREE JUDGE: (ea) |
| 11/21/78 | | EXTENSION OF TIME -- Ampex Corp. GRANTED to and including December 4, 1978. (ea) |
| 11/22/78 | | APPEARANCES -- Stephen R. Steinberg, Esq. for Data General Corporation; Jay Greenfield, Esq. for Ampex Corp.; Jack C. Provine, Esq. for Digidyne Corp. and Gary J. Greenwood; Warren B. Wimer, Esq. for Bytronix Corp.; David R. Aufdenspring, Esq. for SCI Systems, Inc. (ea) |
| 11/27/78 | | REQUEST FOR EXTENSION OF TIME -- Digidyne Corp. GRANTED to and including December 8, 1978. (ea) |
| 11/27/78 | | APPEARANCE -- James J. Walsh, Esq. for Fairchild Camera and Instrument Corp. (ea) |
| 11/27/78 | 2 | RESPONSE -- Bytronix Corp. w/cert. of svc. (ea) |
| 11/27/78 | 3 | SUPPLEMENTAL AFFIDAVIT of Stephen R. Steinberg, Esq. for Data General Corp. w/cert. of svc. (ea) |
| 11/28/78 | | EXTENSION OF TIME -- SCI Systems, Inc. and Fairchild Camera & Instrument Corp., GRANTED to and including December 8, 1978. (ea) |
| 12/1/78 | | REQUEST FOR LEAVE TO FILE A RESPONSIVE BRIEF in excess of 20 pages. GRANTED###### to Digidyne Corp.(ea) |
| 12/4/78 | 4 | RESPONSE/BRIEF -- Ampex Corp. -- w/Exhibits A thru G and with cert. of service. (emh) |
| 12/7/78 | 5 | RESPONSE/BRIEF -- Digidyne Cor. -- w/Exhibits A thru C, and w/cert. of svc. (emh) |
| 12/8/78 | 6 | RESPONSE -- SCI Systems, Inc. -- w/Exhibits A thru E and w/cert. of svc. (emh) |
| 12/8/78 | 7 | RESPONSE -- Fairchild Camera and Instrument Corp. -- w/Exhibits A and B, and cert. of svc. (emh) |
| 12/8/78 | 8 | BRIEF -- SCI Systems, Inc. and Fairchild Camera and Instrument Corp. -- w/cert. of svc. (emh) |
| 12/8/78 | | HEARING ORDER -- setting A-1 thru A-5 for hearing to be held in Wash., D.C. on Jan., 19, 1979. (ea) |
| 12/11/78 | 9 | SUPPLEMENTAL RESPONSE -- Ampex Corp. -- w/Exhibit H and w/cert. of svc. (emh) |
| 12/14/78 | | REQUEST FOR EXTENSION OF TIME -- Stephen R. Steinberg for Data General -- Granted to and including 12/18/78 (emh) |
| ~~3/20/79~~ | ~~10~~ | ~~LETTER -- Fairchild Camera and Instrument Corp. with service. (emh)~~ emh |

DOCKET NO. 369 -- IN RE DATA GENERAL CORPORATION ANTITRUST LITIGATION

| Date | Ref | Pleading Description |
|---|---|---|
| 12/19/78 | 10 | REPLY BRIEF -- Data General Corp. -- w/Appendix A thru D and w/cert. of service. (emh) |
| 1/12/79 | 11 | RESPONSE, SECOND SUPPLEMENTAL -- AMPEX CORP. -- w/Exhibit J and cert. of serv. (cds) |
| 1/19/79 | | HEARING APPEARANCES -- Stephen R. Steinberg for Data General Corp. Jack E. Brown for Fairchild Camera and Instrument Corp. David Aufdenspring for SCI Systems, Inc. Warren B. Wimer for Bytronix Corp. Jonathan Sinnreich for Ampex Corp. Jack C. Provine for Digidyne Corp. (emh) |
| 1/22/79 | 12 | SUPPLEMENTAL LETTER/RESPONSE -- Data General Corp. -- w/cert. of service (cds) |
| 1/24/79 | 13 | SUPPLEMENTAL LETTER/RESPONSE -- Data General Corp. -- w/cert. of service (cds) |
| 1/26/79 | 14 | LETTER/RESPONSE (To Pldg #13) -- SCI Systems, Inc. -- w/cert. of service (cds) |
| 2/6/79 | | LETTER -- Fairchild Camera and Instrument Corp. (ea) |
| 2/14/79 | | LETTER/RESPONSE --Fairchild Camera and Instrument Corp.(ea) |
| 2/15/79 | | LETTER -- Data General Corp. (ea) |
| 2/15/79 | | LETTER/REPLY -- Data General Corp. (ea) |
| 3/12/79 | 15 | LETTER -- Re Current Developments -- Data General-- w/copy of J. Weigels Order transferring National Semiconductor Corp. v. Digital Equipment Corp., N.D.Calif., C.A.No. C-78-2306-SAW under ¢1404 to N. Hampshire -- w/svc. (emh) |
| 3/16/79 | 16 | LETTER -- Mr. Jay Greenfield -- w/Memorandum & Order from from the U.S. Court of Appeals -- w/svc. (emh) |
| 3/19/79 | 17 | LETTER -- Data General Corp. -- w/Affidavit of svc. (emh) |
| 3/20/79 | 18 | LETTER -- Fairchild Camera and Instrument Corp. -- with service. (emh) |
| 5/1/79 | | CONSENT OF TRANSFEREE COURT assigning Judge Orrick to handle litigation for coordinated or consolidated pre-trial proceedings pursuant to 28 U.S.C. &1407. (ea) |
| 5/1/79 | | OPINION AND ORDER -- transferring A-1, A-3, and B-6 to be consolidated with A-2,A-4 and A-5 for pretrial processing under Judge Orrick pursuant to 28 U.S.C. §1407. (ea) **Transferred to N.D. California. (ea) Notified involved counsel, clerks, judges, recipients and publishers. (ea)** |

JPML FORM 1A - Continuation

DOCKET NO. 369 -- In re Data General Corporation Antitrust Litigation

| Date | Ref | Pleading Description |
|---|---|---|
| 5/23/79 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-7 Data Compass Corp. v. Data General Corp., C.D.Cal., C.A. No. 79-0784-AAH -- NOTIFIED INVOLVED JUDGES AND COUNSEL (cds) |
| 6/8/79 | | CONDITIONAL TRANSFER ORDER FINAL TODAY. (B-7) Data Compass Corp. v. Data General Corp.,C.D.Cal.,C.A.No. 79-0784-AAH Notified involved clerks and judges. (ea) |
| 6/18/79 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-8 Ampex, et al. v. Data General, et al., C.D.Cal., C.A. No. 79-1342-MRP (TX) B-9 Data General Corp. v. Data Nat'l Corp., Mass., C.A. No. 78-2869-K B-10 Data General Corp. v. Ampex Corp., et al., Mass., C.A. No. 79-193-T NOTIFIED INVOLVED JUDGES AND COUNSEL (cds) |
| 7/2/79 | 19 | NOTICE OF OPPOSITION -- B-8 Ampex Corp., et al. v. Data General Corp., et al.,C.D.CA., C.A. No. 79-1342-MRP(TX) B-9 Data General Corp. v. Data Nat'l Corp.,D.Mass.,C.A. No. 78-2869-K, B-10 Data Gen. Corp. v. Ampex Corp.,etal.,D.Mass C.A.No. 79-193-T. Filed by Data General Corp. w/cert. of service. (ea) |
| 7/16/79 | 20 | MOTION TO VACATE CTO--B-8 Ampex Corp.,et al. v. Data General Corp., et al.,C.D.Cal.,C.A.No.79-1342-MRP(TX) B-9 Data General Corp. v. Data Nat'l Corp.,D.Mass.,C.A.No.78-2869-K, B-10 Data Gen. Corp. v. Ampex Corp.,etal.,D.Mass.,C.A.No. 79-193-T. Filed by Data General Corp. w/cert. of svc., Johnston Affidavit and Rappaport Affidavit. (ea) |
| 7/18/79 | 21 | MOTION TO VACATE CTO -- B-9 Data General Corp. v. Data Nat'l Corp., D.Mass., C.A.No. 78-2869-K. Filed by Data General Corp. w/cert. of svc. (ea) |
| 7/23/79 | 22 | MOTION TO REMAND/AFFIDAVIT/BRIEF/CERT. OF SVC./EXHIBITS--B-6 Data General Corp. v. Ampex Corp.,N.D.CA.,C.A.No.79-1002, (D.N.J.,77-0636). ~~####~~ Plaintiff Data General Corp. (ea) |
| 7/30/79 | 23 | REQUEST FOR EXTENSION OF TIME for one day -- Ampex Corp. -- GRANTED to and including July 31, 1979 to Ampex to file response and one day extenstion GRANTED to Data General to file reply. (ea) |
| 7/31/79 | 24 | Request to file excessive pages -- LETTER -- Ampex Corp., signed by Jay Greenfield (cds) |
| 7/31/79 | 25 | RESPONSE/BRIEF -- Ampex Corp. -- w/Exhibits 1 through 7 and cert. of serv. (cds) |
| 8/2/79 | 26 | RESPONSE (to Pldg. No. 21) -- Data National Corp. -- w/cert. of service (cds) |
| 8/9/79 | 27 | LETTER Requesting permission to file papers in excess of 20 p pages -- Data General -- Granted (cds) |
| 8/9/79 | 28 | REPLY BRIEF (To Pldg. No. 25) -- Data General Corp. -- with Exhibit A and cert. of service (cds) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 369 -- IN RE DATA GENERAL CORPORATION ANTITRUST LITIGATION

| Date | Ref. | Pleading Description |
|---|---|---|
| 8/10/79 | | HEARING ORDER -- Set for hearing are oppositions to CTO's in B-8, B-9 and B-10, and Motion for Remand of B-6. Hearing in the Northern District of Illinois on Sept. 18, 1979cs |
| 8/14/79 | 29 | SUPPLEMENT TO MOTION TO REMAND -- (Pldg. ° 22) -- Data General Corp. -- w/cert. of svc. (emh) |
| 8/14/79 | 30 | LETTER -- Requesting Extension of Time to File a Reply -- GRANTED to 8/14/79 -- Data General Corp. (emh) |
| 8/14/79 | 31 | REPLY -- Data General Corp. -- w/cert. of svc. (emh) |
| 8/20/79 | | Substitution pages 2 and 4 for Pleading No. 31 - Data General Corp. -- w/cert. of service (cds) |
| 9/12/79 | 32 | SUPPLEMENTAL BRIEF -- Ampex Corporation -- w/Exhibits and cert. of svc. (emh) |
| 9/13/79 | | HEARING APPEARANCES: RONALD JOHNSON, ESQ. FOR Data General Corp.; JAY GREENFIELD, ESQ. FOR Ampex Corp.; EDWARD S. ENGLANDER, ESQ. FOR Data National Corp. (cds) |
| 9/18/79 | 33 | SUPPLEMENTAL BRIEF FILED IN OPEN COURT -- Data General Corp. w/Exhibit A and B and cert. of svc. (emh) |
| 79/11/09 | | OPINION AND ORDER -- Transferring B-8 through B-10 to the N.D. of California and DENYING remand of B-6 Data Gen. Corp. v. Ampex, 79-1002 -- Notified involved judges, clerks and counsel (cds) |
| 81/11/05 | | SUGGESTION FOR REMAND (B-9) -- Signed by Judge Orrick on on October 28, 1981 (cds) |
| 81/11/05 | | CONDITIONAL REMAND ORDER -- B-9 Data General Corp. v. Data National Corp., N.D.Calif., 79-3442 (D.Mass., 78-2869-K) -- NOTIFIED INVOLVED JUDGE AND COUNSEL (cds) |
| 81/11/23 | | CONDITIONAL REMAND ORDER FINAL TODAY -- (B-9) Data General Corp. v. Data Nat'l Corp., N.D.Cal., 79-3442 (D.Mass. 79-2869-K). Notified involved clerks and judge. (eaf) |
| 86/04/24 | 34 | REASSIGNMENT ORDER -- Filed in the Northern District of California on September 7, 1985. (paa) |
| 86/04/24 | | ORDER REASSIGNING LITIGATION -- To Judge Marilyn H. Patel -- NOTIFIED INVOLVED JUDGES, CLERK & COUNSEL. (paa) |

JPML Form 1
⊕
Revised: 8/78

DOCKET NO. 369 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE DATA GENERAL CORPORATION ANTITRUST LITIGATION

SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| 1/19/79 | 5/1/79 | O&O | 470 F.Supp. 855 | ~~N.D. Calif.~~ | ~~William H. Orrick~~ | |
| | 11/9/79 | O&O | 510 F Supp 1220 | N.D. Calif. | Marilyn H. Patel | |
| | | | | #971 | | |

Special Transferee Information

DATE CLOSED: Jul 88

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 369 -- IN RE DATA GENERAL CORPORATION ANTITRUST LITIGATION

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Data General Corp. v. Ampex Corp. | D. N.J. ~~D. Mass~~ (Meanor)-~~Skinner~~ | ~~78-1963-S~~ 79-1247 | | 79-1103 | 3/7/80 | N.J. filed 4/25 |
| *A-2 | Digidyne Corp. v. Data General Corp. | N.D.Cal. Orrick | C-78-1261-~~WHO~~ MHP | | | 10/29/81 D | *AT allegations only |
| A-3 | Bytronix Corp. v. Data General Corp. | C.D.Cal. Firth | 78-3832-RF(Px) | | 79-1101 | 5/30/80 | |
| A-4 | SCI Systems, Inc. v. Data General Corp. | N.D. Cal. Orrick | C-78-2417-WHO | | | 2/23/81 D | |
| A-5 | Fairchild Camera and Instrument Corp. v. Data General Corp. | N.D.Cal. Orrick | C-78-2418-WHO | | | 9/10/86 D | |
| B-6 | Data General Corp. v. Ampex Corp. | D. N.J. Meanor | 77-0636 | | 79-1102 | | Not included in motion |
| B-7 | Data Compass Corp. v. Data General Corporation | C.D.Cal. Hauk | 79-0784-AAH | 6/8/79 | 79-1345 | 5/15/80 D | |
| B-8 | Ampex Corp., et al. v. Data General Corp., et al. OPPOSED JUL - 2 1979 6/18/79 | C.D.Cal. Pfaelzer | 79-1342-MRP | (TX) 11/9/79 | 79-3441 | 3/7/80 D | |
| B-9 | Data General Corp. v. Data National Corp. OPPOSED JUL - 2 1979 6/18/79 | Mass. Keeton | 78-2869-K | 11/9/79 | 79-3442 | 11/23/81 R | |
| B-10 | Data General Corp. v. Ampex Corp., et al. OPPOSED JUL - 2 1979 6/18/79 | Mass. Tauro | 79-193-T | 11/9/79 | 79-3443 | 3/7/80 D | |
| XYZ-11 | Keronix, Inc. v. Data General Corp. | Calif.,N | 80-1217-WHO | | | 9/3/80 D | |

July 1979 - 4 TR; 3 XYZ = 7 Pdg.

July 1980 - 7 TR / 4 XYZ / 5 / 6 Dis / Dis / 6 / 15 Pdg / Pdg

July 1981 - 7 TR / 4 XYZ /

July 1982 - 9 Dis / 2 Pdg

July 1983 - Same

July 1984 - Same

July 1985 - Same

July 1986 - SAME

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 369 -- IN RE DATA GENERAL CORP. ANTITRUST LITIGATION

DATA GENERAL CORP. (deft. also pltf. in A-1)
Stephen R. Steinberg, Esq.
Reavis & McGrath
345 Park Avenue
New York, New York 10022

AMPEX CORPORATION
Jay Greenfield, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison
345 Park Avenue
New York, New York 10022

DIGIDYNE CORPORATION (A-2)
GARY JAMES GREENWOOD
Jack C. Provine, Esq.
Miller, Starr & Regalia
One Kaiser Plaza, Suite 1650
Oakland, California 94612

BYTRONIX CORPORATION (A-3)
Warren B. Wimer, Esq.
1400 N. Harbor Blvd., Ste. 400
Fullerton, California 92635

SCI SYSTEMS, INC. (A-4)
David R. Aufdenspring, Esq.
Powell, Goldstein, Frazer & Murphy
1100 C & S National Bank Bldg.
35 Broad Street, N.W.
Atlanta, Georgia 30303

FAIRCHILD CAMERA AND INSTRUMENT CORPORATION (A-5)
James J. Walsh, Esq.
Pillsbury, Madison & Sutro
Post Office Box 7880
San Francisco, Cal. 94120

DATA COMPASS CORP. (B-7)
David L. Crockett, Esq.
Reedy and Crockett
610 Newport Center Drive
Suite 990
Newport Beach, California 92660

AMPEX CORP., ET AL. (B-8)
See Ampex Defendant

DATA GENERAL CORP. (B-9 and B-10)
See Data General Defendant

CONCEPT DEVELOPMENT, INC.

Cohen, Stokke, Owen & Davis
540 North Golden Circle Drive
Suite 300
Santa Ana, California 92705

DATA NATIONAL CORPORATION
Edward S. Englander, Esq.
3 School Street
Boston, Massachusetts 02108

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. ________

DOCKET NO. 369 -- In re Data General Corp. Antitrust Litigation

Notices of Opposition

DATA GENERAL CORP.
Ronald L. Johnston, Esq.
Irell & Manella
1800 Ave. of the Stars
Suite 900
Los Angeles, California 90067

Sewall P. Bronstein, Esquire
Dike, Bronstein, Roberts, Cushman & Pfund
75 Federal Street
Boston, Massachusetts

Edward I. Masterman, Esq.
Cargill & Masterman
225 Franklin Street
Boston, Mass. 02110

JPML FORM 3

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 369 -- IN RE DATA GENERAL CORPORATION ANTITRUST LITIGATION

| Name of Party | Named as Party in Following Actions |
|---|---|
| Ampex Corp. | A-1 B-6 B-11 |
| Data General Corp. | A-2, A-3, A-4, A-5 B-7 B-8 |
| Concept Development, Inc. | B-8 |
| Data National Corp. | B-9 B-10 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |